UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

**07 CV 2836**

Sampson v. City of New York et al.

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 2836 (BSJ)(RLE)

------------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
All such motions: ___

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED: New York, New York
7/2/07

Barbara S. Jones
United States District Judge