UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

MARY E. SAMPSON,

                                    Plaintiff,        **NOTICE OF APPEARANCE**

              - against -                             07 Civ. 2836 (BSJ) (RLE)

CITY OF NEW YORK, et al.,

                                    Defendants.
---------------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, attorney for defendants, the City of New York, the New York City Department of Citywide Administrative Services, and the New York City Department of Health and Mental Hygiene (the "City Defendants") in the above-captioned action.  Please note that all future filings, or other information, related to this action can be directed to me at the below address.

Dated:       New York, New York
             November 28, 2007

                                    **MICHAEL A. CARDOZO**
                                    Corporation Counsel of the
                                      City of New York
                                    Attorney for City Defendants
                                    100 Church Street, Room 2-140
                                    New York, New York  10007-2601
                                    (212) 788-0868

                         By:    **ECF**:  _____/s/_____
                                         CAROLYN WALKER-DIALLO
                                         Assistant Corporation Counsel

TO:    **Mary E. Sampson**
       Plaintiff *Pro Se*
       498 West 158th Street, #4B
       New York, NY  10032

07 Civ. 2836 (BSJ) (RLE)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY E. SAMPSON,

Plaintiff,

- against -

CITY OF NEW YORK, et al.,

Defendants.

**NOTICE OF APPEARANCE**

**MICHAEL A. CARDOZO**
*Corporation Counsel of the City of New York*
Attorney for City Defendants
100 Church Street, Room 2-140
New York, NY  10007-2601

Of Counsel:    Carolyn Walker-Diallo
Tel:  (212) 788-0868

CITY No. : 2007-038277

*Due and timely service is hereby admitted.*

New York, N.Y.  ...................................... , 200…...

 ..................................................................

Attorney for...............................................................