

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**CAROLYN WALKER-DIALLO**
Phone: (212) 788-0868
FAX: (212) 788-8877
cwalker@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE: 1/14/08  dc

January 9, 2008

**BY HAND DELIVERY**

Hon. Barbara S. Jones
United States District Judge
Southern District of New York
500 Pearl Street, Room 620
New York, NY 10007

RECEIVED JAN 10 2008 CHAMBERS OF BARBARA S. JONES USDJ

          Re:    Mary E. Sampson v. City of New York, et al.
                 Civil Action Number: 07 Civ. 2836 (BSJ) (RLE)

Dear Judge Jones:

       I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants, the City of New York, the New York City Department of Health and Mental Hygiene, the New York City Department of Citywide Administrative Services, Andrea Batts and Kathleen Nolan ("City Defendants") in this matter. I write to respectfully request that City Defendants' time to respond to the complaint be extended from January 11, 2008 to February 11, 2008.

       Unfortunately, due to vacation schedules in the month of December and early January of City Defendant employees who possess relevant information and documents concerning the allegations in plaintiff's complaint, I have been unable to contact all of the appropriate individuals and obtain all necessary documents in order to prepare an appropriate response by January 11, 2008. Thus, at this time, I do not have all the information necessary to respond to the complaint at this time. I have attempted to contact plaintiff *pro se* via telephone and by letter to determine if she consents to this request but have not received a response. This is the City Defendants' second request for an extension of time.

HONORABLE BARBARA S. JONES
UNITED STATES DISTRICT JUDGE
JANUARY 9, 2008
PAGE 2 OF 2

I appreciate the Court's attention to this matter.

Respectfully submitted,

Carolyn Walker-Diallo
Assistant Corporation Counsel

c:  Mary E. Sampson
    Plaintiff *Pro Se*
    498 West 158th Street, # 4B
    New York, NY 10032

    Eddie M. Demmings, Esq.
    District Council Union 37
    127 Barclay St., Room 510
    New York, NY 10007

Application Granted.

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
1/12/08

2