USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-6-08

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**CAROLYN WALKER-DIALLO**
Phone: (212) 788-0868
FAX: (212) 788-8877
cwalker@law.nyc.gov

May 5, 2008

**BY HAND DELIVERY**

Honorable Ronald L. Ellis
United States District Judge
Southern District of New York
500 Pearl Street, Room 1970
New York, NY 10007

        Re:    Mary E. Sampson v. City of New York, et al.
                 Civil Action Number: 07 Civ. 2836 (BSJ) (RLE)

Dear Judge Ellis:

        I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants, the City of New York, the New York City Department of Health and Mental Hygiene, the New York City Department of Citywide Administrative Services, Andrea Batts and Kathleen Nolan ("City Defendants") in this matter. I write to respectfully request that the discovery period in this case, which ended on April 30, 2008 be extended to May 30, 2008. Plaintiff *pro se* consents to this request.

        At plaintiff's deposition on April 17, 2008, plaintiff informed me that she has several documents in her possession concerning the case. I have requested copies of these documents from plaintiff and am awaiting receipt of these documents. Plaintiff is also in the process of responding to defendants' interrogatories and document requests. As such, the parties request a thirty-day extension of the discovery period in order to complete document discovery in this case. Defendants also respectfully request that the conference currently scheduled for May 15, 2008 be adjourned to a date and time in the month of June that is convenient to the Court.

*[Handwritten: Conference is adjourned to June 20, 2008, at 10 a.m. in courtroom 9A.]*

**SO ORDERED**

*[Signature]* 5-6-08

**MAGISTRATE JUDGE RONALD L. ELLIS**

HONORABLE RONALD L. ELLIS
UNITED STATES DISTRICT JUDGE
MAY 5, 2008
PAGE 2 OF 2

      I thank the Court for its attention to this matter.

                                    Respectfully submitted,

                                    Carolyn Walker-Diallo
                                    Assistant Corporation Counsel

c:

   Mary E. Sampson
   Plaintiff Pro Se
   812 Wadsworth Ave.
   Plainfield, NJ 07063