```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-3-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY E. SAMPSON,

                Plaintiff,

    - against -

CITY OF NEW YORK,

                Defendant.

**ORDER**

07 Civ. 2836 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Discovery having closed in this case on May 30, 2008,

**IT IS HEREBY ORDERED** that the Parties submit a **Final Pretrial Order** in accordance with Judge Barbara S. Jones's rules by **July 2, 2008**.

**SO ORDERED** this 3rd day of June 2008
New York, New York

                                                The Honorable Ronald L. Ellis
                                                United States Magistrate Judge