

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**CAROLYN WALKER-DIALLO**
Labor and Employment Division
Phone: (212) 788-0868
FAX: (212) 788-8877
cwalker@law.nyc.gov

July 28, 2008

**By Facsimile**

Honorable Barbara S. Jones
United States District Court
Southern District New York
500 Pearl Street, Room 620
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08
```

Re:   Sampson v. City of New York, et al.
      07 Civ. 2836 (BSJ) (RLE)
      Our Matter No.: 2007-038277

Dear Judge Jones:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel for the City of New York, assigned to defend the above-referenced matters. I write to respectfully request an extension of time from July 30, 2008 to August 29, 2008 for defendants to serve their summary judgment motion in this case.

Defendants are requesting additional time to file their motion because I am currently participating in a trial before the Honorable John G. Koeltl in the matter Howard v. City of New York, et al. (02 Civ. 5817). I have also been scheduled to participate in another trial in New York State Supreme Court before the Honorable Marilyn G. Diamond in the matter Sanchez v. Bratton, 102344/96 beginning on August 11, 2008. Thus, despite my best efforts, due to preparing for and participating in these two trials, I will not be able to finalize defendants' summary judgment papers within the current time frame. I have contacted plaintiff *pro se* to determine if she consents to this request but have not received a response. This is defendants' first request for an extension of time to serve their summary judgment papers.

Application Granted.

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
7/29/08

Respectfully Submitted,

Carolyn Walker-Diallo
Assistant Corporation Counsel

**HONORABLE BARBARA S. JONES**
July 28, 2008
Page 2 of 2


cc:    Mary E. Sampson
       Plaintiff *Pro Se*
       (By Express Mail)

2

**HONORABLE BARBARA S. JONES**
July 28, 2008
Page 2 of 2

cc:    Mary E. Sampson
       Plaintiff *Pro Se*
       (By Express Mail)