

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

CAROLYN WALKER-DIALLO
Labor and Employment Division
Phone: (212) 788-0868
FAX: (212) 788-8877
cwalker@law.nyc.gov

August 28, 2008

**By Facsimile**

Honorable Barbara S. Jones
United States District Court
Southern District New York
500 Pearl Street, Room 620
New York, NY 10007

      Re: Sampson v. City of New York, et al.
          07 Civ. 2836 (BSJ) (RLE)
          Our Matter No.: 2007-038277

Dear Judge Jones:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel for the City of New York, assigned to defend the above-referenced matters. With plaintiff *pro se's* consent, I write to respectfully request an extension of time from August 29, 2008 to September 30, 2008 for defendants to serve their summary judgment motion in this case. This is defendants' second request for an extension of time to serve their summary judgment papers.

      Defendants are requesting additional time to file their motion because I am currently finalizing a comprehensive summary judgment motion in the four consolidated cases Bey v. City of New York, 99 Civ. 3873, 01 Civ. 8906, 01 Civ. 9406 and 04 Civ. 1572. The deadline for the above-referenced motion was set before Your Honor granted defendants' initial request. As I am the only attorney assigned to finalize and file the consolidated summary judgment motion by tomorrow, despite my best efforts, I will not be able to serve defendants' summary judgment papers in the instant case within the current time frame. As such, defendants respectfully request until September 30, 2008 to serve its summary judgment papers in the instant matter.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08
```



**HONORABLE BARBARA S. JONES**
August 28, 2008
Page 2 of 2

Respectfully Submitted,

Carolyn Walker-Diallo
Assistant Corporation Counsel

cc: Mary E. Sampson
Plaintiff *Pro Se*
(By Regular Mail)

Application Granted. The plaintiff shall file opposition papers on or before Oct. 21, 2008. Any reply is due on or before Nov. 4, 2008.

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
9/2/08

2



THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007
### FACSIMILE TRANSMISSION

| TO: | Honorable Barbara S. Jones<br>United States District Judge<br>Southern District of New York | FROM: | Carolyn Walker-Diallo<br>Assistant Corporation Counsel<br>New York City Law Department<br>Fax: (212) 788-8877 |
|---|---|---|---|
| FAX #: | (212) 805-6191 | DATE: | August 28, 2008 |

You should receive __3__ page(s), including this one.
Please contact me if you do not receive all pages.

This facsimile contains CONFIDENTIAL INFORMATION which may also be LEGALLY PRIVILEGED. It is intended only for use of the addressee(s) named above. If you are neither the intended recipient of this facsimile nor the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that disseminating or copying this facsimile is prohibited. If you have received this facsimile in error, please notify this office by telephone and return the original to the address set forth by the United States Postal Service. Thank you.[1]

**Message:** Please see attached.

---

[1] This communication contains information that is privileged, attorney work product, exempt or prohibited from disclosure under applicable law. If you have received this facsimile in error, please notify this office by telephone and return the original to the address set forth by the United States Postal Service. Thank you.