UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
MARY E. SAMPSON,                      :
                                      :
                    Plaintiff,        :
           v.                         :   07 Civ. 2836 (BSJ)
                                      :   **Order**
CITY OF NEW YORK, ET AL.,             :
                                      :
                    Defendants.       :
                                      :
-------------------------------------X

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

The Court is in receipt of pro se Plaintiff's letter dated March 24, 2009 requesting an extension of time to respond to Defendants' Summary Judgment Motion. Given that Defendants have already submitted their reply brief in support of their Summary Judgment Motion, the Court interprets Plaintiff's letter as requesting permission to file a surreply. Plaintiff is GRANTED permission to file such a surreply. Plaintiff must submit her surreply to the Court on or before April 17, 2009.

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         April 2, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/09

1